JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
STEPHEN G. KEIM, ESQ.
Nevada Bar No. 11621
LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
snordstrom@lipsonneilson.com

*Attorneys for Defendant*
*Nevada East Investments, Inc.*



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDRES GARCIA, ROGELIO LOPEZ, ROBERTO MARTINEZ, ROBERTO MEDINA, FRANCISCO OBREGON, JOSE O'CAMPO, NICOLAS ORTEGA, EDUARDO PEREZ, JUAN SAHAGUN, and LEONEL SANCHEZ<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA EAST INVESTMENTS, INC., a Nevada corporation, d/b/a Horizon Village Square Car Wash,<br>Defendant. | CASE NO. 2:10-cv-01757-PMP-RJJ<br><br>**(Formerly Case No. A617276 in the Eighth Judicial District Court, Clark County, Nevada)** |

## STIPULATION AND ORDER FOR ATTORNEY FEES

On November 22, 2010, this Court ordered Jeffrey Fisher to pay Defendant Nevada East Investments costs and attorney's fees associated with its Motion to Disqualify [Docket #6]. It is hereby stipulated between Defendant Nevada East Investments, Inc. and Jeffrey Fisher that Mr. Fisher will pay Defendant Nevada East Investments, Inc. the sum of One Thousand, Two Hundred, Ninety-Five and 00/100 Dollars ($1,295.00) for said costs and

attorney's fees, as detailed in the Affidavit of Shannon D. Nordstrom, Esq. filed with this Court on November 29, 2010 [Docket # 12].

Mr. Fisher shall pay said amount to LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., within ten (10) days of the entry of this Order.

Dated this 3 day of ~~December~~ January, 2010 2011

THE LAW OFFICES OF JEFFREY E. FISHER, ESQ.

_____
Jeffrey E. Fisher
515 South Third Street
Las Vegas, Nevada 89101

Dated this ___ day of December, 2010

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

_____
Joseph P. Garin, Bar No. 6653
Shannon D. Nordstrom, Bar No. 8211
Stephen G. Keim, Bar No. 11621
9080 West Post Road, Suite 100
Las Vegas, Nevada 89148
Attorneys for Defendant
Nevada East Investments, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: 5 JAN 11

_____
Robert Johnston
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

_____
Joseph P. Garin (NV Bar No 6653)
Shannon D. Nordstrom (NV Bar No.8211)
Stephen G. Keim (NV Bar No 11621)
9080 West Post Road, Suite 100
Las Vegas, Nevada 89148
Attorneys for Defendant Nevada East Investments, Inc.

attorney's fees, as detailed in the Affidavit of Shannon D. Nordstrom, Esq. filed with this Court on November 29, 2010 [Docket # 12].

Mr. Fisher shall pay said amount to LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., within ten (10) days of the entry of this Order.

| | |
|---|---|
| Dated this ___ day of December, 2010 | Dated this 4th day of ~~December~~ January, 2010 11 |
| THE LAW OFFICES OF JEFFREY E. FISHER, ESQ | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| _____<br>Jeffrey E. Fisher<br>515 South Third Street<br>Las Vegas, Nevada 89101 | _____<br>Joseph P. Garin, Bar No. 6653<br>Shannon D. Nordstrom, Bar No. 8211<br>Stephen G. Keim, Bar No. 11621<br>9080 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>Attorneys for Defendant<br>Nevada East Investments, Inc. |

## ORDER

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

_____
Joseph P. Garin (NV Bar No 6653)
Shannon D. Nordstrom (NV Bar No.8211)
Stephen G. Keim (NV Bar No 11621)
9080 West Post Road, Suite 100
Las Vegas, Nevada 89148
Attorneys for Defendant Nevada East Investments, Inc.