1 | JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
2 | SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
3 | STEPHEN G. KEIM, ESQ.
Nevada Bar No. 11621
4 | LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
9080 West Post Road, Suite 100
5 | Las Vegas, NV 89148
Telephone: (702) 382-1500
6 | Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
7 | snordstrom@lipsonneilson.com

8 | *Attorneys for Defendant*
*Nevada East Investments, Inc.*
9

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12 | * * *

13 | ANDRES  GARCIA, ROGELIO LOPEZ,   )    CASE NO. 2:10-cv-01757-PMP-RJJ
ROBERTO MARTINEZ, ROBERTO   )
14 | MEDINA, FRANCISCO OBREGON, JOSE   )    **(Formerly Case No. A617276 in the**
O'CAMPO, NICOLAS ORTEGA, EDUARDO )     **Eighth Judicial District Court, Clark**
15 | PEREZ, JUAN SAHAGUN, and LEONEL   )    **County, Nevada)**
SANCHEZ   )
16 |        )
17 |      Plaintiffs,   )    **REQUEST FOR  EXCEPTION TO**
       )    **PERSONAL ATTENDANCE**
18 | vs.   )    **REQUIREMENT AT THE EARLY**
       )    **NEUTRAL EVALUATION**
19 | NEVADA  EAST  INVESTMENTS, INC., a   )
Nevada corporation, d/b/a Horizon Village   )    ENE DATE: January 28, 2011
20 | Square Car Wash,   )    ENE TIME: 9:30 a.m.
     Defendant.   )
21 | ————————————————————)

22 |      Defendant Nevada East Investments, Inc. dba Horizon Village Square Car Wash

23 | ("Nevada East"), by and through its counsel of record, Lipson, Neilson, Cole, Seltzer and Garin,

24 | P.C., hereby submits its Request for Exception to the Personal Attendance Requirement at the

25 | Early Neutral Evaluation.

26 |      Continental Casualty Company currently provides for Nevada East's defense in this

27 | matter, subject to a $10,000 depleting limits policy.  The Claims Handler assigned to this case

28 | on behalf of Continental Casualty Company is Roy Lange, who works out of offices in Conifer,

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

1  Colorado.  Due to (1) Mr. Lange's location, (2) the depleting insurance policy, and (3) Nevada
2  East's desire to preserve funds for resolution, Nevada East respectfully requests that Mr. Lange
3  be permitted to attend the Early Neutral Evaluation scheduled for January 28, 2011, by
4  telephone.  Mr. Lange will be available by telephone for the duration of the Early Neutral
5  Evaluation, and will participate in good faith.

6      Counsel for Nevada East will be in attendance at the Early Neutral Evaluation and able
7  to communicate with Mr. Lange as needed.

8  Dated this 21st of January, 2011.

9                              LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

10

11              By

12              JOSEPH P. GARIN (Bar No. 6653)
                SHANNON D. NORDSTROM (Bar No. 8211)
13              STEPHEN G. KEIM (Bar No. 11621)
                9080 West Post Road, Suite 100
14              Las Vegas, Nevada 89148
                (702) 382-1500
15              Attorneys for Defendant
                Nevada East Investment, Inc.

16

17

18

19      IT IS HEREBY ORDERED that Defendant's insurance representative, Mr. Roy Lange,
20  may attend the ENE on January 28, 2011, via telephone and be excused from personally
21  attending.

22      Dated: January 24, 2011.

23                              U.S. District Court Magistrate

24

25

26

27

28

- 2 -