UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRES GARCIA, ROGELIO LOPEZ, ROBERTO MARTINEZ, ROBERTO MEDINA, FRANCISCO OBREGON, JOSE O'CAMPO, NICOLAS ORTEGA, EDUARDO PEREZ, JUAN SAHAGUN, and LEONEL SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA EAST INVESTMENTS, INC., a Nevada corporation, d/b/a Horizon Village Square Car Wash,<br><br>Defendant. | 2:10-CV-01757-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Defendant's Motion to Dismiss (Doc. #53). Plaintiffs have failed to respond to Defendant's Motion. Therefore, they consent to the relief requested. Additionally, it is clear from a reading of Defendant's Motion, that Defendant's are entitled to the relief requested.

**IT IS THEREFORE ORDERED that** Defendant Nevada East Investment, Inc.'s Motion to Dismiss (Doc. #53) is **GRANTED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith enter judgment in favor of Defendant and against Plaintiffs.

DATED: May 9, 2011.

_____
PHILIP M. PRO
United States District Judge